# UNITED STATES DISTRICT COURT

## Middle District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| MARIA ELENA LATORRE | |

Case No. 1:16-CR-0141-01

USM No. 68408-066

Ari D. Weitzman, AFPD

Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _Mandatory, Stand 2 & 5, Special_ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | You must refrain from any unlawful use of a controlled | 01/24/2019 |
| | substance.  You must  submit to one drug test within 15 days | |
| | of release from imprisonment and at least 2 periodic drug | |
| | (cont'd on Page 2) | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6112

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
York, Pennsylvania

01/28/2019
Date of Imposition of Judgment

S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER,          CHIEFJUDGE
Name and Title of Judge

01/29/0219
Date

DEFENDANT:  MARIA ELENA LATORRE
CASE NUMBER:  1:16-CR-0141-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General (cont'd) | to one drug test within 15 days of release from imprisonment and at least thereafter, as determined by the court. | |
| Standard #2 | After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. | 01/24/2019 |
| Standard #5 | You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstance, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. | 01/24/2019 |
| Special | Payment of the Restitution is a condition of Supervised Release and the defendant shall satisfy the amount due in monthly installments of not less than $100. | 01/24/2019 |

DEFENDANT: MARIA ELENA LATORRE
CASE NUMBER: 1:16-CR-0141-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Eight (8) Months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL